**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

People of the United States
Plaintiff,


JUSTIN CAMPBELL
Defendants,

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

    COMES NOW the undersigned, a member of the bar of this Court, and herewith

Enters an appearance as counsel for the above-named Defendant.


    DATED at Colorado Springs, Colorado this, 20th day of December, 2019.


    Barker & Tolini, P.C.
    Josh Tolini
    #30119
    720 S. Tejon
    Colorado Springs, CO 80903
    (719)227-0230



    /s/ Joshua Tolini
    _____
    Josh Tolini # 30119
    Dated: December 20, 2019