UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 19-cr-00524-DDD

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

1. **RAMON UZIEL HERNANDEZ-PEREZ**
2. JUAN CARLOS AGUIRRE-RODRIGUEZ

        Defendants.

_____

**NOTICE OF ATTORNEY APPEARANCE**
_____

        **COMES NOW,** Dana M. Casper enters her appearance as CJA appointed counsel on behalf of the defendant**.**

**DATED** this 5th day of August 2020

        <u>s/Dana M. Casper</u>
        **DANA M. CASPER PC**
        **Dana M. Casper, #21149**
        Attorney for Ramon Uziel Hernandez-Perez
        501 S. Cherry St., Suite 1100
        Denver, Colorado 80246
        (303) 333-2276-phone
        (303) 496-6766-fax

## CERTIFICATE OF SERVICE (CM/ECF)

I certify that August 5, 2020 I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Dorothy DiPascali
Special Assistant United States Attorney
Dorothy.DiPascali@usdoj.gov