# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover<br>Court Reporter:        Tracy Weir<br>Probation:                  Michelle Sinaka | Date: March 16, 2021<br>Interpreter: Cathy Bahr |

**CASE NO.   19-cr-00524-DDD-1**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Dorothy DiPascali |
| Plaintiff, | |
| v. | |
| RAMON UZIEL HERNANDEZ-PEREZ, | Dana Casper |
| Defendant. | |

## COURTROOM MINUTES

**HEARING:** Sentencing

**10: 41 a.m.   Court in session**.

Defendant present in custody. The Court Interpreter is present via VTC.   Betty Ziman, interpreter for a victim is present in person.

Interpreters sworn.

**Change of Plea Hearing on December 3, 2020.   Defendant pled guilty to Counts 1,2, 4 and 9 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The defendant **does** dispute the facts contained in the presentence report. The Court addresses defendant's objections.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report. The Court addresses defendant's objections.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

The victims or victims were given an opportunity to make statements with regard to sentencing.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.   Counsel are offered the opportunity for further argument.   No further argument.

**ORDER:**       **Government's Motion to Dismiss Counts (Doc. #116) is GRANTED. Government's Motion for Decrease for Acceptance of Responsibility (Doc. #118) is GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The Court makes the recommendations as requested as set forth on the record.

The defendant is advised of his right to appeal.

**ORDER:**       Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**12:31 p.m.**       **Court in recess.**

Total Time:    1 hour 50 minutes.
Hearing Concluded.